# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| **DANIEL BAIDEN,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| v. ) | Civil Action No. 8:20-cv-01093-LKG |
| ) | |
| **NAVIENT SOLUTIONS, LLC,** ) | |
| ) | |
| ) | Dated: September 7, 2021 |
| **Defendant.** ) | |

## SHOW CAUSE AND SCHEDULING ORDER

On July 2, 2021, defendant filed a motion for summary judgment pursuant to Federal Rule of Civil Procedure 56. ECF No. 15. Pursuant to Local Rule 105.2, all memoranda in opposition to a motion shall be filed within 14 days of the service of the motion. L.R. 105.2. On July 6, 2021, the Court mailed a Rule 12/56 notice to plaintiff, giving him 28 days from the date of that notice to respond to defendant's motion for summary judgment. ECF No. 16. Plaintiff has not filed a response to defendant's motion for summary judgment.

In light of the foregoing, it is hereby **ORDERED** that:

Plaintiff shall **SHOW CAUSE** in writing regarding why he failed to file a response to defendant's motion for summary judgment and **FILE** a response to defendant's motion for summary judgment on or before **September 21, 2021**. Should plaintiff fail to timely file his response, the Court shall treat plaintiff's failure as a failure to prosecute this matter and to comply with a Court Order pursuant to Federal Rules of Civil Procedure 16(f) and 41(b).

 **IT IS SO ORDERED.**

s/ Lydia Kay Griggsby  
LYDIA KAY GRIGGSBY  
United States District Judge