**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

| | |
|---|---|
| DANIEL BAIDEN, ) | |
| ) | |
| Plaintiff, ) | |
| ) | Civil Action No. 20-cv-01093-LKG |
| v. ) | |
| ) | |
| NAVIENT SOLUTIONS, LLC, ) | Dated: October 6, 2021 |
| ) | |
| Defendant. ) | |
| ) | |

## DISMISSAL ORDER

On July 2, 2021, defendant, Navient Solutions, LLC, filed a motion for summary judgment, pursuant to Federal Rule of Civil Procedure 56. ECF No. 15. On September 7, 2021, the Court issued a Show Cause Order directing plaintiff to show cause in writing why he failed to file a timely response to defendant's motion for summary judgment, and to file such a response on or before September 21, 2021. ECF No. 17. The Court also informed plaintiff that, should he fail to timely file a response as directed by the Show Cause Order, the Court would treat such failure as a failure to prosecute this matter and to comply with a Court Order, pursuant to Federal Rules of Civil Procedure 16(f) and 41(b). *See id.* To date, plaintiff has not filed a response to the Court's Show Cause Order or to defendant's motion for summary judgment.

In light of the foregoing, and for good cause shown, the Court **DISMISSES** this matter without prejudice. *See* Fed. R. Civ. P. 16(f) and 41(b).

**IT IS SO ORDERED.**

s/ Lydia Kay Griggsby
LYDIA KAY GRIGGSBY
United States District Judge